```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
```

TRAVIS J. BENNER              :
                              :
                              :
        v.                    :   CIVIL NO. L-97-3782
                              :
                              :
CITY OF SALISBURY, et al.     :

### ORDER

This Court held a telephone conference, on the record, on Friday, September 24, 1999. For the reasons stated in the conference, the Court hereby ORDERS:

(i) the defendants' Motion to Provide Discovery is DENIED;

(ii) parties shall file a joint status report with the Court no later than October 6, 1999;

(iii) parties shall decide whether they consent to the Court's suggestion to bifurcate the case, and so inform the Court in the joint status report. If any of the parties do not consent to the bifurcation, that party shall inform the Court of its reasons;

(iv) if the parties consent to bifurcation, defendants are to inform counsel for the plaintiff and the Court whether they will oppose producing documents relating



1

        to an internal investigation of the events alleged to have occurred on or about November 8, 1996;

   (a)    if defendants oppose production, the parties shall include in the joint status report a schedule for briefing a motion for a protective order;

   (b)    if defendants do not oppose production, the parties shall submit a schedule for taking depositions of the three defendant police officers, limited document production, and an accompanying proposed confidentiality agreement;

(v)    any depositions to be taken by counsel for the plaintiff will be limited to depositions of the three defendant police officers. All depositions will be taken on one calendar day in or around Salisbury, at the officers' convenience. No depositions will be taken before the Court has ruled on any objections the defendants may have regarding document production;

(vi)   all scheduling orders in this matter are suspended as of the date of the conference. If parties consent to bifurcation, they shall include in the joint status report a proposed date for completion of discovery and a timetable for submission of dispositive motions. The

Court will issue a new scheduling order after receipt and review of the joint status report.

IT IS SO ORDERED this 5TH day of October 1999.

_____
Benson Everett Legg
United States District Judge