IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRAVIS JACOBY BENNER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. L-97-3782 |
| CITY OF SALISBURY, *et al.*, | : |
| Defendants. | : |

### STIPULATION OF DISMISSAL

MR. CLERK:

The parties to this action stipulate that the Plaintiff, Travis Jacoby Benner, hereby, DISMISSES, WITH PREJUDICE, the above-captioned action as to all Defendants, without costs to any party.

Dated: August 30, 2000

_____
William J. Chen, Jr.
200A Monroe Street
Suite 300
Rockville, Maryland 20850
(301)279-9500
Counsel for Defendants

Respectfully submitted,

_____
Melissa Moyer Adams, Esq.
7527 Bel Air Road
2nd Floor
Baltimore, Maryland 21236

Co-Counsel for Plaintiff

APPROVED THIS 1ST DAY OF SEPT, 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2000, a copy of the foregoing "Stipulation of Dismissal" was mailed first class, postage prepaid, to:

>Melissa Moyer Adams, Esq.
>7527 Bel Air Road
>2nd Floor
>Baltimore, Maryland 21236

>Michael E. Marr, Esq.
>7305 Belair Road
>Baltimore, Maryland 21206

>_____
>William J. Chen, Jr., Esq.
>200A Monroe Street, Suite 300
>Rockville, Maryland 20850

mml\lgit\salisbury-benner#12\b:stip.dis

2

**CHEN, WALSH, TECLER & MCCABE, L.L.P.**
ATTORNEYS AT LAW

200A MONROE STREET
SUITE 300
ROCKVILLE, MARYLAND 20850

(301) 279-9500
FAX: (301) 294-5195

JOHN BURGESS WALSH, JR.
WILLIAM JAMES CHEN, JR.*
KENNETH B. TECLER*
JOHN F. MCCABE, JR.*

*ALSO ADMITTED IN THE
DISTRICT OF COLUMBIA

1-800-229-9510

**August 30, 2000**

Frank Monge, Clerk of Court
United States District Court
  for the District of Maryland
U.S. Court House
101 W. Lombard Street, 4th Floor
Baltimore, Maryland  21201

      Re: *Travis Jacoby Benner v. City of Salisbury, et al.*; In the United States District Court for the District of Maryland; Civil Action No. L-97-3782

Dear Mr. Clerk:

 Enclosed herewith please find an original and two copies of the document entitled: "Stipulation of Dismissal." Please accept the aforesaid document for filing in the above-referenced proceeding.

 I also include my file copy of this letter. Please date-stamp the file copy of this letter, and return it to me in the enclosed self-addressed, stamped, envelope.

 A copy of the aforesaid document has been served on legal counsel of record in this case as required by the Court Rules.

 Your cooperation in this matter is sincerely appreciated.

           Sincerely,

           William J. Chen, Jr.

WJC:mml
Enclosures
cc: Michael E. Marr, Esq.
   Melissa Moyer Adams, Esq.

mml\lgit\salisbury-benner#13\b:clerk13.ltr